# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

JOSEPH SCOTT CHEPES

_____ Debtor(s). _____/

Case No.: 19-10492
Chapter: 13

Notice of Change of Address of Debtor(s)

Old Address:

252 COLGAN
SANTA ROSA
CA ~~95440A~~
95403.

New Address:

252 COLGAN Ave
SANTA ROSA CA
95403.

Dated: 7/16/19

_____
Signature of Debtor(s)